| UNITED STATES DISTRICT COURT | DISTRICT OF NEW MEXICO |
|---|---|

Michael Blackburn, et al.
                           Plaintiffs,

Court File Number
1:24-cv-00605-MIS-SCY

v.

Permian Resources Corp. F/K/A Centennial Resource Development, Inc., et al.
                           Defendants,

**AFFIDAVIT OF SERVICE**

State of New Mexico } SS
County of Santa Fe }

I, __Jeff Bowers__ (Name of Server), state that on __7__/__24__/2024 at __12__:__30__ __P__ M, I served the:

Summons & Complaint

upon: Hess Corporation

therein named, personally at:    C T Corporation System
                                        206 S Coronado Ave
                                        Espanola, NM 87532

by handing to and leaving with:

__Judy Romero__ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at C T Corporation System, the Registered Agent for Hess Corporation, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __7__/__25__/2024        __Jeff Bowers__
                                          (Signature of Server)

                                                    __Jeff Bowers__
                                                 (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # ZIMRE 302880 1776

Re: 1777.001



legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com

-1-