**UNITED STATES DISTRICT COURT**                                    DISTRICT OF NEW MEXICO

Michael Blackburn, et al.

           Plaintiffs,            Court File Number
                             1:24-cv-00605-MIS-SCY
v.

Permian Resources Corp. F/K/A Centennial Resource Development,   **AFFIDAVIT OF SERVICE**
Inc., et al.

             Defendants,

---

State of New Mexico )
County of Lea     ) SS

I, _Johnny Rivas_ , state that on
  (Name of Server)

_07_ / _25_ /2024 at _11:15_ A.M, I served the:
(Date of Service)   (Time of Service)

   Summons & Complaint

upon: Occidental Petroleum Corporation

therein named, personally at:   The Corporation Company
                 Suite 330
                 726 E Michigan
                 Hobbs, NM 88240

by handing to and leaving with:

_Gabriela Arroyo - Legal Assistant_ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at The Corporation Company, the Registered Agent for Occidental Petroleum Corporation,
expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                Dated: _07/29/2024_

                     (Signature of Server)

                  _Johnny Rivas_
                  (Printed Name of Server)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # ZIMRE 302881 1777

Re: 1777.001

Legal support specialists since 1969

                   616 South 3rd Street
                   Minneapolis, MN 55415
                   (800) 488-8994
                   www.metrolegal.com