| UNITED STATES DISTRICT COURT | DISTRICT OF NEW MEXICO |
|---|---|
| Michael Blackburn, et al.<br><br>                              Plaintiffs,<br><br>v.<br><br>Permian Resources Corp. F/K/A Centennial Resource Development, Inc., et al.<br>                              Defendants, | Court File Number<br>1:24-cv-00605-MIS-SCY<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware　) SS
County of New Castle )

I, Gilbert Del Valle, state that on Tuesday, July 23, 2024 at 12:15 PM I served the Summons & Complaint upon Permian Resources Corp. F/K/A Centennial Resource Development, Inc., therein named, personally at Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808, by handing to and leaving with LYNANNE GARES, Service of Process Specialist at Corporation Service Company, the Registered Agent for Permian Resources Corp. F/K/A Centennial Resource Development, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated:　　7/ 23 /2024　　　_____
　　　　　　　　　　　　　　　Gilbert Del Valle

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # ZIMRE 302875 1771

Re: 1777.001



616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com